# United States Court of Appeals
## For the First Circuit

No. 22-1073

DR. T.; HOSP. CLERK M.; HEALTH UNIT COORDINATOR L.; NURSE T.; DR. J.; CUSTODIAN S.; TECHNICIAN H.; NURSE R.,

Plaintiffs - Appellants,

NURSE L.,

Plaintiff,

v.

DANIEL J. MCKEE, in his official capacity as Governor of the State of Rhode Island; DR. JAMES MCDONALD, in his official capacity as Interim Acting Director of the Rhode Island Department of Health,

Defendants - Appellees.

**JUDGMENT**

Entered: April 13, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk


cc:
Joseph S. Larisa Jr.
Michael W. Field
Bruce D. Todesco